IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01074-MSK-KLM

JOHN A. CLAICE,

    Plaintiff,

v.

VANGELDER, CSP Lt., Unit L7, and
NERESON, CSP. CO., Unit CO,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Withdraw as Counsel** [#39][1] (the "Motion") filed by Attorney Lisa Amatangel ("Amatangel"), counsel for Defendants.

    IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**. Attorney Amatangel is relieved of any further representation of Defendants in this case. The Clerk of Court is instructed to terminate Attorney Amatangel as counsel of record, and to remove her name from the electronic certificate of mailing. Defendants shall continue to be represented by Attorney Kristin L. Nett.

    Dated: December 12, 2013

---

[1] "[#39]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.